12/4/2025 9:25 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 108702501
By: Rhonda Momon
Filed: 12/4/2025 9:25 AM

## CAUSE NO. _____

| | | |
|---|---|---|
| KNIGHTHAWK ENGINEERING, INC. | § § § | IN THE DISTRICT COURT |
| VS. | § § § | HARRIS COUNTY, TEXAS |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY | § § § | ____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff **KNIGHTHAWK ENGINEERING, INC.** ("Plaintiff" or "KHE") and files this its Original Petition complaining of and against Defendant **STATE AUTOMOBILE MUTUAL INSURANCE COMPANY** ("Defendant" or "State Auto") and for cause of action would show the following:

### I.
### DISCOVERY

1.      Discovery shall be conducted under Level 2 of Texas Rule of Civil Procedure 190.

### II.
### CLAIM FOR RELIEF

2.      Plaintiff seeks only monetary relief of $250,000 or less, including damages of any kind, penalties, court costs, expenses, prejudgment interest, and attorney fees.

### III.
### PARTIES

3.      KNIGHTHAWK ENGINEERING, INC. is a Texas corporation doing business in Harris County, Texas.

4.       STATE AUTOMOBILE MUTUAL INSURANCE COMPANY is an Ohio insurance corporation engaged in the business of insurance in the State of Texas. It may be served

Plaintiff's Original Petition

Defendant's Exhibit

C-1

with process by serving its Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## IV.
## JURISDICTION AND VENUE

5.    This Court has jurisdiction over the parties and subject matter of this cause of action.

6.    The Court has subject matter jurisdiction over this cause of action because Plaintiff seeks monetary relief within the jurisdictional limitations of this court.

7.    The Court has personal jurisdiction over Defendant, a nonresident, because State Auto purposefully availed itself of the privileges and benefits of conducting business in Texas by engaging in the business of insurance within the State of Texas, and Plaintiff's causes of action arise out of Defendant's business activities in the State of Texas.

8.    Venue is proper in Harris County, Texas pursuant to Texas Civil Practice & Remedies Code section 15.002 because Harris County is the county in which all or a substantial part of the acts or omissions giving rise to the cause of action occurred.  TEX. CIV. PRAC. & REM. CODE §15.002.

## V.
## FACTS

9.    KHE is a Texas commercial policyholder and owner of a 2022 GMC Sierra 2500HD, VIN 1GT49PEY5NF353708 (the "Vehicle"). KHE insured the Vehicle through State Auto under commercial Policy No. 10014449CA.

10.    The Vehicle was involved in an accident in early December of 2024. On December 17, 2024, following assessment of damages, State Auto deemed the Vehicle a total loss and sent it to a salvage yard. However, State Auto subsequently reversed its decision, insisting instead that the Vehicle could be repaired and instructing that it be moved from the salvage yard to a dealership

for repairs. The Vehicle was taken to Gay Buick GMC (the "Dealership") in Dickinson, Texas for repairs, where it remained for approximately 9 months.

11.    Despite undergoing extensive repairs at the Dealership, the Vehicle remains listed as "totaled" due to State Auto's initial total loss declaration.

12.    KHE recently elected to "trade in" the Vehicle with Dealership.  Because of State Auto's initial total loss designation and subsequent reversal, the Vehicle's history now reflects a "total loss," severely diminishing its market value and marketability despite repairs. The Dealership advised KHE that because of the Vehicle's history report reflecting the Vehicle as a "total loss," it would only offer approximately $30,000 on trade in. The Dealership issued an appraisal reflecting a $30,000 value dated June 24, 2025. *See* **Exhibit 'A'**.

13.    Market valuation sources reflect that, absent the total loss stigma, a 2022 GMC Sierra 2500HD in the current market would have a fair market value around $65,000 to $71,000+, while December 2024 estimates would have been higher. *See* **Exhibit 'B'** and **Exhibit 'C'**. As a result of State Auto's initial total loss declaration and refusal to reverse its incorrect determination, KHE is precluded from selling or trading in its vehicle for its fair market value.

14.    Furthermore, KHE cannot take a vehicle classified as "salvaged" or "total loss" to its clients' sites due to strict safety and compliance protocols. Given KHE's reliance on the Vehicle for necessary site visits, its current status represents a significant depletion of KHE's total available transportation resources.

15.    On July 8, 2025, KHE sent a demand for damages to State Auto as well as a request for correction of the Vehicle records or, alternatively, for payment of the total loss value as of December 2024 with State Auto taking possession of the Vehicle. State Auto has failed to provide fair and equitable relief.

---

16. Furthermore, these issues have rendered KHE unable to obtain the necessary license plates for the repaired Vehicle. Consequently, the Dealership began charging storage fees for retaining the vehicle on their premises. To mitigate the accumulation of these fees, KHE is actively seeking more cost-effective and suitable alternative storage arrangements for the Vehicle.

17. State Auto's assessment of the vehicle following the accident was improper and inconsistent. The initial declaration that the vehicle was a total loss, followed by a subsequent and unexplained reversal of that decision, constitutes an improper handling of the claim. Furthermore, State Auto's insistence on repairing the vehicle, which now carries a severely impaired title, demonstrably compromises the vehicle's inherent value and operability. State Auto's actions constitute bad faith and a breach of State Auto's duty to act reasonably and in the best interest of its policyholder pursuant to Texas law. State Auto unreasonably and unjustifiably reversed its decision to identify the Vehicle as a total loss, knowing the inevitable detrimental impact on the Vehicle's title and marketability. The declaration of the vehicle as a total loss by State Auto, coupled with its subsequent failure to ensure the removal of this designation from the vehicle's formal history and records, constitutes a breach of the obligation to pay the full policy value of the vehicle, a payment that has not been made. KHE's financial losses could have been avoided had the initial total loss determination been upheld.

13. State Auto failed to make an attempt to settle KHE's claim in a fair manner, although it was aware of its liability to KHE under the Policy. State Auto's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(2)(A).

## VI.
## CAUSES OF ACTION

### A. BREACH OF CONTRACT

17.     Plaintiff re-alleges and incorporates the facts and allegations set forth in the above paragraphs as if they were fully set forth at length herein.

18.     Defendant's conduct constitutes a breach of the insurance contract made between Defendant and Plaintiff.

19.     A contract exists when: 1) an offer is made for goods or services; 2) acceptance is followed thereafter; 3) there is a meeting of the minds between the parties; 4) each party consents to the essential terms; and 5) there is an execution and delivery of the contract with the intent that it is mutual and binding. *Baroid Equipment, Inc. v. Odeco Drilling, Inc.*, 184 S.W.3d 1, 17 (Tex.App.—Houston [1st Dist.] 2005, pet. denied).

20.     A party may breach the contract by failing to uphold its obligations under the terms of the contract, after the other party has already performed, and the second party has suffered damages.

21.     Defendant's failure and/or refusal, as described above, to pay adequate compensation as it is obligated to do under the terms of the policy in question, and under the laws of the State of Texas, after Plaintiff fully performed all of its obligations under the policy, including the payment of the premium, constitutes a breach of Defendant's insurance contract with Plaintiff.

**B.  NONCOMPLIANCE WITH TEXAS INSURANCE CODE: UNFAIR SETTLEMENT PRACTICES**

22.     Plaintiff re-alleges and incorporates the facts and allegations set forth in the above paragraphs as if they were fully set forth at length herein.

23.     Defendant's conduct constitutes violations of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a). All violations under this article are made actionable by TEX. INS. CODE §541.151.

---

24.    Defendant's unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though Defendant's liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance.  TEX. INS. CODE §541.060(a)(2)(A).

25.    Defendant's conduct also constitutes violations of the Texas Unfair Claim Settlement Practices Act. TEX. INS. CODE §542.003 and 542.057.

26.    Defendant's conduct, as described above, constitutes the failure to adopt and implement reasonable standards for the prompt investigation of claims arising under the insurer's policies; failure to effect a prompt, fair, and equitable settlement of a claim submitted in which liability has become reasonably clear; and other unfair claim settlement practices.

27.    Furthermore, the declaration of the vehicle as a total loss by State Auto, coupled with its subsequent failure to ensure the removal of this designation from the vehicle's formal history and records, resulted in an obligation on the part of State Auto to pay the full policy value of the vehicle, a payment that has not been made. This conduct constitutes a violation of the Texas Insurance Code provisions on the prompt payment of claims. TEX. INS. CODE § 542.057, *et. seq.*

### VII.
### KNOWLEDGE

28.    Plaintiff re-alleges and incorporates the facts and allegations set forth in the above paragraphs as if they were fully set forth at length herein.

29.    Each of the acts described above, together and singularly, was done "knowingly," as that term is used in the Texas Insurance Code, and was a producing cause of Plaintiff's damages described herein.

## VIII.
## DAMAGES

30.    Plaintiff would show that all the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Plaintiff. These damages are a direct result of Defendant's mishandling of Plaintiff's claim in violation of the laws set forth above.

31.    For breach of contract, Plaintiff is entitled to regain the benefit of the bargain, which is the true and just amount of the claim, together with attorney's fees. TEX. CIV. PRAC.& REM. CODE § 38.001.

32.    For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages, court costs, attorney's fees, and any other relief the court determines is proper. TEX. INS. CODE §541.152. For knowing conduct of the acts described above, Plaintiff seeks treble damages. *Id.*

33.    For noncompliance with Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of its claim, as well as eighteen (18) percent interest per annum on the amount of such claim as damages, together with attorney's fees.  TEX. INS. CODE §542.060.

34.    For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the attorney whose name is subscribed to this pleading.  Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorney in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

## IX.
## CONDITIONS PRECEDENT

35.    Plaintiff asserts that all conditions precedent to filing suit under the policy have been met and fulfilled.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon trial hereof, Plaintiff have and recover such sums as would reasonably and justly compensate it in accordance with the rules of law and procedure, as to actual damages, treble damages under the Texas Insurance Code, and all punitive and exemplary damages as may be found.  In addition, Plaintiff requests the award of attorney's fees for the trial and any appeal of this case, for all costs of Court on its behalf expended, for prejudgment and post-judgment interest as allowed by law, and for any other and further relief, either at law or in equity, to which it is justly entitled.

Respectfully submitted,

**WALDRON & SCHNEIDER, PLLC**

By: */s/ Janina Wojtkowski* _____
RICHARD SIMMONS
State Bar No. 24003600
rsimmons@ws-law.com
JANINA WOJTKOWSKI
State Bar No. 24121209
janina@ws-law.com
University Park
15150 Middlebrook Drive
Houston, Texas 77058
Tel: (281) 488-4438
Fax: (281) 488-4597

**ATTORNEYS FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Rosado on behalf of Janina Wojtkowski
Bar No. 24121209
mrosado@ws-law.com
Envelope ID: 108702501
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 12/4/2025 9:33 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Janina Wojtkowski | | janina@ws-law.com | 12/4/2025 9:25:30 AM | SENT |
| Richard A.Simmons | | rsimmons@ws-law.com | 12/4/2025 9:25:30 AM | SENT |

# 2022 GMC SIERRA 2500HD AT4

Gay Buick GMC 3033 Gulf Fwy.
Dickinson, Texas 77539

VIN: 1GT49PEY5NF353708
Odometer: 13,447 Miles
Color: Red

Disposition: Retail
Purchase: No
Appraiser: K. Lardie

**CUSTOMER INFORMATION**

Salesperson: J. Williams

## APPRAISAL VALUES

| | |
|---|---|
| Reconditioning: | $2,000 |
| Certification: | $2,000 |
| Profit Objective: | $2,300 |

## RECONDITIONING ITEMS

# $30,000
6/24/2025

## BOOK VALUES

**RBOOK**

| | | Market Average | Market Days Supply | | Ranking | |
|---|---|---|---|---|---|---|
| Unit Cost | $34,000 | $59,306 | Overall: | 52 | Price Rank: | 1 of 13 |
| Asking Price: | $36,300 | 65,753 Miles | Like Mine: | 52 | vRank: | 1 of 13 |
| | | | | | Adj % Cost To Market: | 46% |

**J.D. POWER**
Publication 06/2025

| | Trade In | | | Loan | | | Retail | | |
|---|---|---|---|---|---|---|---|---|---|
| | Price | Adj | Total | Price | Adj | Total | Price | Adj | Total |
| Clean | $59,125 | $3,300 | $62,425 | $53,850 | $3,300 | $57,150 | $66,875 | $3,300 | $70,175 |
| Average | $57,500 | $3,300 | $60,800 | $53,850 | $3,300 | $57,150 | $66,875 | $3,300 | $70,175 |
| Rough | $55,500 | $3,300 | $58,800 | $53,850 | $3,300 | $57,150 | $66,875 | $3,300 | $70,175 |

**MMR**
6/24/2025

| | Adjusted MMR | | | Retail | | |
|---|---|---|---|---|---|---|
| | Price | Adj | Total | Price | Adj | Total |
| Average | $52,100 | $12,920 | $65,000 | $57,100 | $11,820 | $68,900 |

**NAAA**

| | National | Regional |
|---|---|---|
| Avg Auction Price: | $49,298 | $47,130 |

**KBB.COM**
06/24/2025 Edition 77539

| | Fair Purchase Price | | | Typical Listing Price | | |
|---|---|---|---|---|---|---|
| | Price | Low | High | Price | Adj | Total |
| | $70,394 | $67,945 | $74,681 | $62,835 | $8,559 | $71,394 |

| | Trade In | | | Private Party | | |
|---|---|---|---|---|---|---|
| | Price | Adj | Total | Price | Adj | Total |
| Excellent | $58,213 | $8,559 | $66,772 | $61,100 | $8,559 | $69,659 |
| Very Good | $56,972 | $8,559 | $65,531 | $59,847 | $8,559 | $68,406 |
| Good | $55,607 | $8,559 | $64,166 | $58,466 | $8,559 | $67,025 |
| Fair | $52,966 | $8,559 | $61,525 | $55,796 | $8,559 | $64,355 |

©2025 Kelley Blue Book Co, Inc. All rights reserved. As of 6/24/2025 Edition for 77539. Values and pricing are the opinion of Kelley Blue Book, and the actual price of a vehicle may vary. The value and pricing information displayed for a particular vehicle is based upon the specification, mileage and/or condition information provided by the person generating this report. Kelley Blue Book assume no responsibility for errors or omissions.

**KELLEY BLUE BOOK**
06/24/2025 Edition 77539

| | Lending | | | Typical Listing Price | | | Auction | | |
|---|---|---|---|---|---|---|---|---|---|
| | Price | Adj | Total | Price | Adj | Total | Price | Adj | Total |
| Excellent | $60,776 | $8,559 | $69,335 | $62,835 | $8,559 | $71,394 | $60,361 | $8,559 | $68,920 |
| Very Good | $60,776 | $8,559 | $69,335 | $62,835 | $8,559 | $71,394 | $59,120 | $8,559 | $67,679 |
| Good | $60,776 | $8,559 | $69,335 | $62,835 | $8,559 | $71,394 | $57,755 | $8,559 | $66,314 |
| Fair | $60,776 | $8,559 | $69,335 | $62,835 | $8,559 | $71,394 | $55,114 | $8,559 | $63,673 |

©2025 Kelley Blue Book Co, Inc. All rights reserved. As of 6/24/2025 Edition for 77539. Values and pricing are the opinion of Kelley Blue Book, and the actual price of a vehicle may vary. The value and pricing information displayed for a particular vehicle is based upon the specification, mileage and/or condition information provided by the person generating this report. Kelley Blue Book assume no responsibility for errors or omissions.

# 2022 GMC Sierra 2500 HD Crew Cab
# Pricing Report

**Style:** AT4 Pickup 4D 8 ft

**Mileage:** 15,000

**KBB.com Consumer Rating:** 3.8/5

# Vehicle Highlights

Fuel Economy: N/A

Drivetrain: 4WD

Engine: V8, Turbo Diesel, 6.6 Liter

Transmission: Automatic, 10-Spd Allison

Country of Assembly: United States

Country of Origin: United States

EPA Class: Standard Pickup Trucks

Max Seating: 5

Doors: 4

Body Style: Pickup

# Trade in to a Dealer



Trade-in Range
$64,722 - $71,239
Trade-in Value
$67,981

Valid for **ZIP code 77058** through **06/25/2025**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

## Exterior Color
✓ Red

## Drivetrain
4WD

## Engine
V8, Turbo Diesel, 6.6 Liter

## Transmission
Automatic, 10-Spd Allison

## Braking and Traction
ABS (4-Wheel)

Hill Start Assist

StabiliTrak

Traction Control

Hill Descent Control

## Comfort and Convenience
Air Conditioning

Cruise Control

Power Door Locks

Power Tailgate Release

Power Windows

Theft Deterrent System

Keyless Entry

Keyless Start

✓ Power Sliding Rear Window

## Wheels and Tires
Premium Wheels

✓ Oversize Off-Road Tires

## Entertainment and Instrumentation
AM/FM Stereo

Bluetooth Wireless

SiriusXM Satellite

OnStar

Premium GMC Infotainment System

✓ Navigation System

✓ Head-Up Display

## Safety and Security
Backup Camera

✓ F&R Ultrasonic Park Assist

✓ Lane Departure Warning System

Dual Air Bags

F&R Head Curtain Air Bags

Side Air Bags

✓ Surround View Camera

## Cargo and Towing
Bed Liner

Towing Pkg

## Lighting
Daytime Running Lights

LED Headlamps

HID Headlamps

## Accessory Packages
✓ Driver Alert Pkg I

✓ Side Blind Zone Alert

X31 Off-Road Pkg

✓ Driver Alert Pkg II

✓ Preferred Pkg

✓ Premium Plus Pkg

✓ Technology Pkg

## Steering
Power Steering

Heated Steering Wheel Delete

## Exterior
✓ Running Boards

Fog Lights

## Seats
Dual Power Seats

✓ Heated & Ventilated Seats

Leather

## Roof and Glass
✓ Power Sun Roof

EXHIBIT B

Heated Front Seats

Delete

Ventilated Front Seats

Delete

Heated Front Seats

Delete

Ventilated Front Seats

EXHIBIT B

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

## Tip:

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

EXHIBIT B

© 1995-2025 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2025 Kelley Blue Book Co., Inc. All rights reserved. 6/25/2025-6/25/2025 Edition for TX 77058. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from

EXHIBIT 8

# 2022 GMC Sierra 2500 HD Crew Cab
# Pricing Report

**Style:** AT4 Pickup 4D 8 ft

**Mileage:** 15,000

**KBB.com Consumer Rating:** 3.8/5

# Vehicle Highlights

Fuel Economy: N/A

Drivetrain: 4WD

Engine: V8, Turbo Diesel, 6.6 Liter

Transmission: Automatic, 10-Spd Allison

Country of Assembly: United States

Country of Origin: United States

EPA Class: Standard Pickup Trucks

Max Seating: 5

Doors: 4

Body Style: Pickup

# Sell to Private Party



Private Party Range
$67,534 - $74,369
Private Party Value
$70,952

Valid for **ZIP code 77058** through **06/25/2025**

EXHIBIT C

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

## Exterior Color
✓ Red

## Drivetrain
4WD

## Engine
V8, Turbo Diesel, 6.6 Liter

## Transmission
Automatic, 10-Spd Allison

## Braking and Traction
ABS (4-Wheel)

Hill Start Assist

StabiliTrak

Traction Control

Hill Descent Control

## Comfort and Convenience
Air Conditioning

Cruise Control

Power Door Locks

Power Tailgate Release

Power Windows

Theft Deterrent System

Keyless Entry

Keyless Start

✓ Power Sliding Rear Window

## Wheels and Tires
Premium Wheels

✓ Oversize Off-Road Tires

## Entertainment and Instrumentation
AM/FM Stereo

Bluetooth Wireless

SiriusXM Satellite

OnStar

Premium GMC Infotainment System

✓ Navigation System

✓ Head-Up Display

## Safety and Security
Backup Camera

✓ F&R Ultrasonic Park Assist

✓ Lane Departure Warning System

Dual Air Bags

F&R Head Curtain Air Bags

Side Air Bags

✓ Surround View Camera

## Cargo and Towing
Bed Liner

Towing Pkg

## Lighting
Daytime Running Lights

LED Headlamps

HID Headlamps

## Accessory Packages
✓ Driver Alert Pkg I

✓ Side Blind Zone Alert

X31 Off-Road Pkg

✓ Driver Alert Pkg II

✓ Preferred Pkg

✓ Premium Plus Pkg

✓ Technology Pkg

## Steering
Power Steering

Heated Steering Wheel Delete

## Exterior
✓ Running Boards

Fog Lights

## Seats
Dual Power Seats

✓ Heated & Ventilated Seats

Leather

## Roof and Glass
✓ Power Sun Roof

EXHIBIT C

Heated Front Seats

Delete

Ventilated Front Seats

Delete

Heated Front Seats

Delete

Ventilated Front Seats

EXHIBIT C

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

> ## Tip:
>
> It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

EXHIBIT C

© 1995-2025 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2025 Kelley Blue Book Co., Inc. All rights reserved. 6/25/2025-6/25/2025 Edition for TX 77058. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from

EXHIBIT C